**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ADANNA GAIL OKA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION FILE NO.:** |
| ) | _____ |
| **DAVITA, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>NOTICE OF REMOVAL</u>

Defendant DaVita, Inc., files this Notice of Removal and in support states as follows:

1.     This action was commenced in the Magistrate Court of Fulton County, Georgia, by filing of a Statement of Claim (Civil Action File No. 17MS088764) on May 11, 2017, a copy of which is attached as part of Exhibit A (hereinafter "Claim").

2.     DaVita is the defendant in the action now pending in the Magistrate Court of Fulton County, Georgia.  Adanna Gail Oka is the plaintiff in that suit, wherein she seeks to recover certain sums of money from DaVita.  Plaintiff alleges DaVita discriminated against her because of her race, African-American.

3.     Defendant was served with the Claim no sooner than June 2, 2017. Plaintiff served Defendant via its registered agent for service of process,

Corporation Service Company, on June 2, 2017. Defendant files and presents this Notice of Removal within thirty days after receipt by it, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. 28 U.S.C. § 1446.

4.      Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant hereby removes this matter to the United States District Court for the Northern District of Georgia, Atlanta Division, which has original jurisdiction over this matter insofar as it arises under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1981. This action, therefore, could have been filed originally in this Court pursuant to 28 U.S.C. § 1331, as this Court has federal question jurisdiction, and it is properly removed to this Court pursuant to § 1441(a).

5.      Plaintiff followed the procedural requirements for filing a Title VII lawsuit in that she (1) filed a charge dated January 31, 2017 with the U.S. Equal Employment Opportunity Commission (EEOC), (2) was issued an EEOC Dismissal and Notice of Rights dated February 9, 2017, and (3) filed the claim within 90 days of receiving the Dismissal and Notice of Rights.

6.      Venue is proper in the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a).

7.      Defendant has not answered the Claim, and no motions are pending.

8.     Pursuant to 28 U.S.C. § 1446(a), a copy of all "process, pleadings, and orders" currently on file in state court are attached as Exhibit A.

9.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter.

10.     Simultaneously with the filing of this Notice of Removal, Defendant has served written notice of the removal of this action to the Plaintiff and is filing a copy of this Notice of Removal with the clerk of the Magistrate Court of Fulton County, Georgia.

WHEREFORE, Defendant requests that this Court assume jurisdiction over this action.

Respectfully submitted this 30th day of June, 2017.

SHERMAN & HOWARD L.L.C.

*/s/ Bryan A. Stillwagon*
Bryan A. Stillwagon
Georgia Bar No. 815065
John F. Wymer, III
Georgia Bar No. 779418
1555 Peachtree Street, N.E., Suite 850
Atlanta, GA 30309
Telephone: (404) 567-4415
Facsimile: (404) 567-4416
jwymer@shermnanhoward.com
bstillwagon@shermanhoward.com

*Attorneys for Defendant DaVita, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **ADANNA GAIL OKA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | _____ |
| **DAVITA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed

**DEFENDANT'S NOTICE OF REMOVAL,** and that I have served a true and

correct copy of the above and foregoing via United States First Class Mail

addressed as follows:

Adanna Gail Oka
2818 Spring Creek Lane
Sandy Springs, Georgia 30350

*/s/ Bryan A. Stillwagon*
Bryan A. Stillwagon
Georgia Bar No. 815065
